








```
GAC    10/8/04    12:44
3:04-M -02329   USA V. BARRAZA
*1*
*CRCMP.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

04 OCT -8  AM 8: 57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Magistrate's Case No: 04 MJ 2329 |
| v. | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| Francisco Barraza | ) 21 U.S.C. S 952 & 960 - |
| | ) Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

On October 7, 2004, within the Southern District of California, Francisco Barraza, did knowingly and intentionally import approximately 25.48 kilograms (56.05 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Special Agent, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 8th day of October, 2004.

UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 7, 2004, at approximately 8:35 p.m., Francisco BARRAZA entered the United States at the San Ysidro Port of Entry as the driver and sole occupant of a 1996 Mazda truck bearing no license plates. The Canine Enforcement Officer that was working in the Pre-Primary area utilized his Narcotics Detection Dog to screen the vehicle driven by BARRAZA. The dog alerted to the presence of narcotics within spare tire of the vehicle.

The Pre-Primary Inspector tapped the spare tire and noticed that it tapped solid. The Pre-Primary Inspector received a negative Customs declaration from BARRAZA. The Pre-Primary Inspector referred BARRAZA and the vehicle for further inspection.

A subsequent search of the vehicle in the Secondary Inspection area resulted in the discovery of 23 packages containing a green leafy substance, with a total weight of 25.48 kilograms (56.05 pounds), within the spare tire, quarter panels, and floor of the vehicle. A presumptive test of the contents of one of the packages revealed a positive reaction to the presence of marijuana.

BARRAZA was informed of his constitutional rights per Miranda in the English language. BARRAZA was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, California.