USDC SCAN INDEX SHEET










MJM     10/12/04     13:57
3:04-M -02329   USA V. BARRAZA
*2*
*CRFTAPMO.*

CRIMINAL FIRST APPEARANCE

USA v. Barraza                                           3:04-m -02329

Magistrate Judge Stiven

Francisco Barraza [1]    attorney  Federal Defenders  - pda

DOA: 10/7/04 [1]

> Enter Order by Magistrate Judge James F. Stiven, first
> appearance of Francisco Barraza on complaint, Attorney
> Federal Defenders appointed, Dft Francisco Barraza
> informed of charges, $30,000 P/S bond set for Francisco
> Barraza, preliminary hrg set for 2:00 10/21/04 for
> Francisco Barraza before Mag Judge James Stiven; Court
> Reporter: JFS04-1:2283-3120

date: 10/8/04

                                          by MJM
END OF FORM