USDC  SCAN  INDEX  SHEET

















MJM    10/22/04    15:32

3:04-M -02329   USA V. BARRAZA

*6*

*CRMO.*

CRIMINAL MINUTE ORDER

USA v. Barraza                                    3:04-m -02329

Magistrate Judge Stiven


Francisco Barraza [1]      attorney  Federal Defenders  - pda


        Minutes: Enter Order by Magistrate Judge James F. Stiven,
        preliminary hrg cont to 2:00 11/4/04 for Francisco Barraza
        before Mag Judge James Stiven, bond hearing held,
        examination of sureties held,
        called/sworn/examined/accepted Arturo Barraza and Rosalie
        Barraza; Court Reporter: JFS04-1:400-4501




date: 10/21/04

                                              by MJM

END OF FORM