USDC SCAN INDEX SHEET

















SWD     11/5/04     14:05
3:04-CR-02884    USA V. BARRAZA
*8*
*CRINFO.*

FILED

NOV - 4 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY SD                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'04 CR 2884 W

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FRANCISCO BARRAZA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 7, 2004, within the Southern District of California, defendant FRANCISCO BARRAZA, did knowingly and intentionally import approximately 25.48 kilograms (approximately 56.06 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: _____.

CAROL C. LAM
United States Attorney

*/s/ William M. Narus for*

ANNALOU T. TIROL
Assistant U.S. Attorney

VAB:psd:San Diego
10/20/04