USDC SCAN INDEX SHEET










```
SWD    11/5/04    14:08
3:04-CR-02884   USA V. BARRAZA
*9*
*CRWV.*
```

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 4 2004

UNITED STATES OF AMERICA

v.

FRANCISCO BARRAZA

**WAIVER OF INDICTMENT**

CASE NUMBER: 04cr2884-W

I, FRANCISCO BARRAZA, the above-named defendant, who is accused of committing the following offense:

Importation of Marijuana, on or about October 7, 2004, in violation of Title 21, United States Code, Sections 952 and 960 (Felony)

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/4/04 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FRANCISCO BARRAZA
Defendant

MICHELLE VILLASENOR-GRANT
Defense Counsel for
FRANCISCO BARRAZA

Before _____
Judicial Officer