USDC SCAN INDEX SHEET










AXR     11/8/04    8:24
3:04-CR-02884    USA V. BARRAZA
*10*
*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Thursday, November 4, 2004

04CR2884-W
2004M 02329-JFS

**For the Honorable:** James F. Stiven  Magistrate Judge

**Deputy Clerk:** Maria Mirabella

On Calendar:

04CR2884-W
2004M 02329-JFS

| USA vs. | | | Lang Booking # | |
|---|---|---|---|---|
| (1)FRANCISCO BARRAZA (R) | | | ENG | (1) Michelle Villasenor-Grant FD |
| DOA: 10-07-2004  F/A: 10-08-2004 | | MPHD: 11-07-2004 | | 619 234-8467 |
| | | | | William M. Narus AUSA |
| | | | | 619 557-7163 |

PRELIMINARY HRG (1)

Minutes:

Tape No: JFS04-1:875-1156

DFT ARRAIGNED ON THE INFORMATION
DFT PLEADS NOT GUILTY

DISPOSITION SET FOR 11-16-04 AT 2:00 P.M. BEFORE MAGISTRATE JUDGE STIVEN

