USDC SCAN INDEX SHEET










JAH     12/9/04    13:36
3:04-CR-02884   USA V. BARRAZA
*13*
*CRPTRLSVC.*

PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
04 DEC -9 AM 9:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U. S. A. vs. Barraza, Francisco    Docket No. 04MG2329-001
                                              04CR 2884-W

### Petition for Modification on Conditions of Pretrial Release

Comes now Michael S. Larsen, Pretrial Services Officer, presenting an official report upon the conduct of defendant BARRAZA, FRANCISCO who was placed under pretrial release supervision by the Honorable James F. Stiven sitting in the court at San Diego, on October 25, 2004 under the following conditions:

Restrict travel to Southern District of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device.

November 2, 2004, Bond modified to include psychiatric treatment as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant stated to the Pretrial Services Officer that he has used Marijuana since his release on bond.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this 7th day of December, 2004, and ordered filed and made a part of the records in the above case.

U. S. Magistrate Judge James F. Stiven

Respectfully,

Michael S. Larsen, U.S. Pretrial Services Officer

Place   San Diego, California

Date    December 2, 2004

