USDC SCAN INDEX SHEET










AXR   12/17/04   14:09

3:04-CR-02884   USA V. BARRAZA

*15*

*CRMO.*



**Minutes of the United States District Court
Southern District of California
Thursday, December 16, 2004**

2004CR02884-W

For the Honorable:   James F. Stiven   Magistrate Judge
Deputy Clerk:   Maria Mirabella

On Calendar:

2004CR02884-W

USA vs.                                          Lang Booking #
 (1) FRANCISCO BARRAZA (R)                        ENG        (1) Michelle Villasenor-Grant  FD
   MTD: 01-13-2005                                                 619 234-8467
                                                             Carl Edward Gerald Arnold  AUSA
                                                                 619 557-7163
DISPOSITION HRG (1)

Minutes:
Tape No: JFS04-1:3650-6000

FILED PLEA AGREEMENT
DFT TENDERS A PLEA OF GUILTY TO CNT 1 OF THE INFO
REFERRED TO PROBATION FOR PRESENTENCING REPORT
ACCEPT PLEA/PO REPORT AND SENTENCING SET FOR
   03-07-05 AT 9:00 A.M. BEFORE JUDGE WHELAN

Printed:   12/17/2004  10:08 am                                                        Page 1 of 1