USDC SCAN INDEX SHEET










AXR     3/8/05     12:40
3:04-CR-02884    USA V. BARRAZA
*23*
*CRMO.*

3405³



# Minutes of the United States District Court
## Southern District of California
### Monday, March 7, 2005

2004CR02884-W

**For the Honorable:** Thomas J. Whelan   District Judge

**Deputy Clerk:** Corey Tremble   **Court Reporter/ECR:** Melissa Pierson

On Calendar:

2004CR02884-W

USA vs.

(1) FRANCISCO  BARRAZA (R)
MTD: 04-05-2005

Lang Booking #
ENG 92817198   (1) Michelle Villasenor-Grant  FD
619 234-8467
Carl Edward Gerald Arnold  AUSA
619 557-5610

ACCEPT PLEA/P.O. RPT AND SENT (1)

Minutes:
SENTENCING ON THE ONE COUNT INFORMATION

THE COURT ACCEPTS THE GUILTY PLEA TAKEN BY THE MAGISTRATE JUDGE.
CUSTODY OF THE BUREAU OF PRISONS 5 MONTHS.
SUPERVISED RELEASE 3 YEARS.
$100.00 PENALTY ASSESSMENT.
NO FINE.
SENTENCE STAYED AND DEFENDANT ORDERED TO SURRENDER TO USM BY NOON
ON 4/8/05.

