USDC SCAN INDEX SHEET










```
AXR     3/8/05     12:43
3:04-CR-02884   USA V. BARRAZA
*24*
*CRJGMCOMI.*
```

♦AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

2005 MAR -7 PM 11: 34

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| FRANCISCO BARRAZA (01) | Case Number: 04CR2884-W |
| | MICHELLE VILLASENOR-GRANT, FED DEF INC. |
| | Defendant's Attorney |

**REGISTRATION NO.**

**THE DEFENDANT:**

X   pleaded guilty to count(s)   one of the information.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 21 USC 952,960 | IMPORTATION OF MARIJUANA | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  Assessment : $ 100.00 payable forthwith.

X  Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

March 7, 2005
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Entered Date: 3-8-05

Judgment — Page 2 of 4

DEFENDANT:       FRANCISCO BARRAZA (01)
CASE NUMBER:     04CR2884-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 5 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

X  The defendant shall surrender to the United States Marshal for this district:

    X      by 12:00 noon    ☐ a.m.    ☐ p.m.    on     4/8/05     .

    ☐  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: FRANCISCO BARRAZA (01)
CASE NUMBER: 04CR2884-W

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: FRANCISCO BARRAZA (01)
CASE NUMBER: 04CR2884-W

## SPECIAL CONDITIONS OF SUPERVISION

_X_ The defendant shall not possess firearms, explosive devices, or other dangerous weapons.

_X_ The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer or other law enforcement officer.

_X_ The defendant shall report all vehicles owned, operated, or in which the defendant has an interest to the probation officer.

_X_ The defendant shall not enter or reside in the Republic of Mexico without the permission of the probation officer.

_X_ The defendant shall participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, if directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

_X_ The defendant shall participate in a program of mental health treatment if directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer.

_X_ The defendant shall cooperate as directed in the collection of a DNA sample.

_x_ The defendant shall participate in a program of five months home detention as directed by the probation officer. The Court recommends placement in a Sober Living Facility, if possible. No electronic monitoring required.



# Community Research Foundation
*Excellence in Behavioral Healthcare since 1980*

**South Bay Guidance Center**
*Program funded by San Diego County*
835 3rd Avenue, Suite C, Chula Vista CA 91911
*Telephone* (619) 427-4661 ❧ *Fax* (619) 426-7849

Friday, March 04, 2005

RE: Francisco Barraza (DOB 4-15-67)

To whom it may concern:

This to certify that Mr. Francisco Barraza has been a patient at South Bay Guidance Center and under my care since May 15, 2003. During this time he has been attempting to enter residential rehabilitation programs for substance abuse. He has been unsuccessful due to his dual diagnosis of substance abuse and psychotic illness. At CRASH, Inc residential program he was not accepted even on the waiting list due to his psychotic symptoms (persecutory delusions and auditory hallucinations) and due to his need for antipsychotic medication. He was only allowed on the waiting list at House of Metamorphosis after I spoke with the intake counselor and clarified his psychiatric status. However, he was left on the waiting list for over 6 months and not awarded entrance despite the claim by the program that their waiting list was only 8-10 weeks. During this time, he complied with HOM's requirements to stay active in the waiting list.
During his time as a patient at South Bay Guidence Center, Mr. Barraza has been compliant with medications and all appointments and in good standing with the clinic.
Thank you for your attention to this matter,
Sincerely,

Jesus Bucardo, M.D.
Attending Psychiatrist
South Bay Guidance Center, CRF
UCSD Department of Psychiatry

❧ Turning Point Crisis Center ❧ Jary Barreto Crisis Center ❧ Halcyon Center ❧ Isis Center ❧ New Vistas ❧ Vista Balboa ❧ Casa Pacifica ❧ Central Adult Mental Health & Vocational Services ❧ Areta Crowell Center ❧ Heartland Adult Mental Health & Vocational Services ❧ Douglas Young Clinic ❧ South Bay Guidance Center ❧ Nueva Vista Family Services ❧ Douglas Young Youth & Family Services ❧ Rural Family Counseling Services ❧ Professional Community Services Counseling Center ❧ Semi-Supervised Living Project ❧ The Corner Clubhouse ❧ Step Forward ❧ REACH-CRF ❧ East Corner Clubhouse ❧ Mariposa Clubhouse ❧ Maria Sardiñas Center ❧