# USDC SCAN INDEX SHEET










AXR     3/8/05     14:28

3:04-CR-02884    USA V. BARRAZA

*25*

*CRAPPL.*



CAROL C. LAM
United States Attorney
VALERIE H. CHU
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No: (619) 557-7837

Attorneys for Plaintiff
United States of America



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 04CR2884-W |
| Plaintiff, | |
| v. | APPLICATION FOR ORDER SHORTENING TIME AND ORDER THEREON |
| FRANCISCO BARRAZA,, | |
| Defendant. | |

COMES NOW, the plaintiff, UNITED STATE OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Valerie H. Chu, Assistant United States Attorney, and hereby moves this court for an order shortening time to allow the filing of the Government's Sentencing Memorandum Including Response and Opposition to Defendant's Request for Departures on March 4, 2005.

This application is made for the following reason: Defendant filed his Sentencing Memorandum on March 2, 2005. A copy was received at the U.S. Attorney's Office at 1:30 p.m. on March 3, 2005, and reached the undersigned at noon on March 4, 2005. The United States had previously submitted a Sentencing Summary Chart on February 28, 2004, the required five days prior to the sentencing hearing.

Respectfully submitted,

CAROL C. LAM
United States Attorney

VALERIE H. CHU
Assistant U.S. Attorney

Dated: March 4, 2005