USDC SCAN INDEX SHEET










AXR     3/8/05     14:35
3:04-CR-02884    USA V. BARRAZA
*26*
*CRO.*

FILED

05 MAR -8 AM 7:44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 04CR2884-W |
| Plaintiff, ) | |
| v. ) | ORDER |
| FRANCISCO BARRAZA, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Government may file its Sentencing Memorandum Including Response and Opposition to Defendant's Request for Departures in the above entitled case on March 4, 2005.

DATED: 3/7/05

THE HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

