USDC SCAN INDEX SHEET










```
AXR    6/28/05    9:54
3:04-CR-02884   USA V. BARRAZA
*31*
*CRO.*
```

ORIGINAL

FILED

05 JUN 27 PM 1:41.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04cr2884-W |
| Plaintiff, ) | |
| v. ) | |
| FRANCISCO BARRAZA, ) | ORDER EXTENDING SELF-SURRENDER DATE |
| Defendant. ) | |

Upon stipulation of the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED that Mr. Barraza's self-surrender date be continued from July 1, 2005 until October 7, 2005.

DATED: 6/27/05

_____
HON. THOMAS J. WHELAN
United States District Judge