USDC SCAN INDEX SHEET










AXR     10/11/05     13:44
3:04-CR-02884    USA V. BARRAZA
*32*
*CRSTIP.*

**ORIGINAL**

```
MICHELLE A. VILLASEÑOR-GRANT
California State Bar No. 215082
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:   (619) 234-8467
Facsimile:   (619) 687-2666

Attorneys for Francisco Barraza
```

FILED

OCT 11 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 04cr2884-W |
| Plaintiff, ) | STIPULATION FOR MODIFICATION OF SENTENCE |
| v. ) | |
| FRANCISCO BARRAZA, ) | |
| Defendant. ) | |

TO:   CAROL LAM, UNITED STATES ATTORNEY;
      VALERIE CHU, ASSISTANT UNITED STATES ATTORNEY; AND
      ELEONOR RUIZ, UNITED STATES PRETRIAL SERVICES OFFICER

IT IS HEREBY STIPULATED between the parties that Mr. Barraza's sentence imposed on March 7, 2005, be modified from five months in the custody of the Bureau of Prisons to five months home confinement. Mr. Barraza has numerous medical problems that cannot be adequately addressed in a BOP facility without extreme costs. The parties agree that home confinement is the best option and most cost effective for the government. The parties further agree that this court still retains jurisdiction to modify the sentence as the judgement and commitment has not yet been executed, thus this court has the power to sign the attached order modifying the sentence, per Federal Rules of Criminal Procedure 35 and 36.

///

///

32

04cr2884-W

1 | The parties further request the judgment and commitment be amended to reflect this modification.

3 | DATED: October 6, 2005

MICHELLE VILLASENOR-GRANT
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Barraza

6 | DATED: October 6, 2005

VALERIE CHU
Assistant United States Attorney