USDC SCAN INDEX SHEET










AXR     10/11/05    13:46
3:04-CR-02884   USA V. BARRAZA
*33*
*CRO.*

FILED
OCT 11 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04cr2884-W |
| Plaintiff, | ) | |
| v. | ) | |
| FRANCISCO BARRAZA, | ) | ORDER MODIFYING SENTENCE |
| Defendant. | ) | |

Upon stipulation of the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED that Mr. Barraza's sentence be modified from five months in the custody of the Bureau of Prisons to five months in home confinement. The judgment and commitment order entered on March 8, 2005, will be amended to reflect this modification.

DATED: 10/11/05

HON. THOMAS J. WHELAN
United States District Judge



3

04cr2884-W